Holbrook, Appellant, *v.* Wilkes-Barre.

Argued November 29, 1932. Before FRAZER, C. J., SIMPSON, SCHAFFER, MAXEY, DREW and LINN, JJ.

588

*Roger J. Dever,* for appellant.

*Edwin B. Morgan,* with him *John H. Bigelow,* for appellee.

PER CURIAM, January 3, 1933:
The judgment is affirmed on the opinion of the learned President Judge of the Superior Court.